**DYKEMA GOSSETT LLP**
TAMARA A. BUSH, State Bar No. 197153
 *TBush@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile:  (213) 457-1850

**DYKEMA GOSSETT PLLC**
JOHN M. THOMAS, State Bar No. 266842
 *JThomas@dykema.com*
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
Telephone: (734) 214-7660
Facsimile:  (734) 214-7696

Attorneys for Defendants
HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC and HARLEY-DAVIDSON MOTOR COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, and HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br><br>Defendants. | Case No. 3:22-CV-04534-LB<br><br>Honorable Magistrate Judge Laurel Beeler<br>Department B, 15th Floor<br><br>**CLASS ACTION**<br><br>**DEFENDANT HARLEY-DAVIDSON MOTOR COMPANY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[LOCAL RULE 3-15; FED.R. CIV. P. 7.1]**<br><br>Complaint Filed:  August 5, 2022<br>Trial Date:       None |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO THE PLAINTIFF AND HIS ATTORNEY OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant Harley-Davidson Motor Company, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by that outcome of this proceeding:

1. Defendant Harley-Davidson Motor Company, Inc.;

2. Defendant Harley-Davidson Motor Company Group, LLC., which is the parent company of Harley-Davidson Motor Company, Inc.;

3. Harley-Davidson, Inc., the parent corporation of Harley-Davidson Motor Company Group, LLC;

4. Plaintiff Scott Koller.

DATED: September 14, 2022         DYKEMA GOSSETT LLP

By: /s/ Tamara A. Bush
JOHN M. THOMAS
TAMARA A. BUSH
Attorneys for Defendants
HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC and HARLEY-DAVIDSON MOTOR COMPANY, INC.

107174.000033  4868-4619-6531.1