**DYKEMA GOSSETT LLP**
TAMARA A. BUSH, State Bar No. 197153
  *TBush@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile:  (213) 457-1850

**DYKEMA GOSSETT PLLC**
JOHN M. THOMAS, State Bar No. 266842
  *JThomas@dykema.com*
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
Telephone: (734) 214-7660
Facsimile:  (734) 214-7696

Attorneys for Defendants
Harley-Davidson Motor Company Group, LLC
and Harley-Davidson Motor Company, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, and HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br><br>Defendants. | Case No. 4:22-CV-04534-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2 – 4th Floor<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR EXPEDITED HEARING OR RULING ON DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>*Filed concurrently with the Notice of Administrative Motion, Administrative Motion, and Declaration of Tamara A, Bush*<br><br>Complaint Filed:  August 5, 2022<br>Trial Date:           None |

# ORDER

Defendants Harley-Davidson Motor Company Group, LLC and Harley-Davidson Motor Company, Inc.'s (together, "Harley-Davidson" or "Defendants") Administrative Motion to Expedite Hearing or Ruling on Motion to Stay Pending Resolution of Motion to Transfer Venue ("Motion") came on for hearing. Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein,

**IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motion is DENIED.

Dated:  10/24/2022

Hon. _____
United States District Judge

